PFE/DCG: SEPTEMBER 2022
GJ # 11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| TRAVON DESHAWN BROWN and | ) |
| JAVONTE DESHAWN COLE, | ) |
| Defendants. | ) |

## <u>INDICTMENT</u>

## <u>INTRODUCTION</u>

The Grand Jury charges that:

At all times material to this indictment:

1. Three Factors Unlimited, Inc., doing business as Wade's Jewelry & Pawn, was a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and operated in Tuscaloosa County, Alabama.

2. Academy Sports, doing business as Academy Sports and Outdoors, was a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and operated in Tuscaloosa County, Alabama.

3. Woods & Water, doing business as Woods & Water, Inc., was a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and operated in Tuscaloosa County, Alabama.

## COUNT ONE: [18 U.S.C. § 371]

The Grand Jury charges that:

1. The Grand Jury realleges and incorporates by reference those matters set forth in the Introduction section of this Indictment as though fully stated herein.

2. From about the 1st day of April 2021, through on or about the 26th day of April 2021, in Tuscaloosa County, within the Northern District of Alabama, the defendants,

**TRAVON DESHAWN BROWN and
JAVONTE DESHAWN COLE,**

knowingly, willfully, and unlawfully combined, conspired, confederated, and agreed to commit offenses against the United States, that is, to illegally obtain/purchase firearms by false representations, in that **TRAVON DESHAWN BROWN**, acting on behalf of **JAVONTE DESHAWN COLE**, did knowingly make and cause to be made false and fictitious written statements to employees of Academy Sports, Wade's Jewelry & Pawn, and Woods & Water, which statements were intended and likely to deceive said employees of Academy Sports, Wade's Jewelry & Pawn, and Woods & Water, as to a fact material to the lawfulness of such sale of each firearm under Chapter 44 of Title 18, United States Code, in that **TRAVON DESHAWN BROWN** falsely represented that he was the actual transferee/buyer as to each firearm on the Form 4473, when in truth and in fact, as the defendants then knew, he was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6), all in violation of Title 18,

United States Code, Section 371.

## **OVERT ACTS**

3. In furtherance of the conspiracy, and to accomplish the objects thereof, **TRAVON DESHAWN BROWN** and **JAVONTE DESHAWN COLE** committed and caused to be committed, in the Northern District of Alabama, the following overt acts, among others:

a) On April 1, 2021, BROWN and COLE traveled together in the same vehicle to Academy Sports.

b) On April 1, 2021, BROWN and COLE entered Academy Sports and went to the store's firearms counter.

c) On April 1, 2021, BROWN completed ATF Form 4473, representing he was the actual firearm purchaser.

d) On April 1, 2021, BROWN used COLE's debit card and PIN number to purchase the Glock .40 caliber pistol.

e) On April 1, 2021, BROWN left the store with the firearm in a white plastic bag and entered the back seat of their vehicle as COLE entered the front seat.

f) On April 1, 2021, BOWN exited the vehicle without the white plastic bag containing the firearm and entered another car.

g) On April 1, 2021, BROWN and COLE departed Academy Sports in separate vehicles.

h) On April 22, 2021, BROWN and COLE traveled in the same vehicle to

Wades Jewelry and Pawn.

i) On April 22, 2021, BROWN exited the vehicle, entered the pawn shop, and proceeded to the cash register.

j) On April 22, 2021, BROWN paid for the firearm and walked out of Wades Jewelry and Pawn with the Glock .40 caliber pistol.

k) On April 22, 2021, BROWN got back inside the vehicle before it left the parking lot.

l) On April 22, 2021, COLE and BROWN traveled in the same vehicle to Woods & Water.

m) On April 22, 2021, BROWN and COLE entered Woods & Water and proceeded to the store's firearms counter.

n) On April 22, 2021, while at the firearms counter, BROWN completed ATF Form 4473, representing that he was the actual purchaser of the Taurus 9mm pistol.

o) On April 22, 2021, COLE removed money from his pocket and surreptitiously handed the money to BROWN while the two men remained at the firearms counter.

p) On April 22, 2021, BROWN purchased said firearm with the money given to him by COLE.

q) On April 26, 2021, BROWN and COLE traveled in the same vehicle (Durango) to Woods & Water.

r) On April 26, 2021, K.M., arrived at Woods & Water in a red Chevrolet HHR.

s) On April 26, 2021, K.M. and COLE exited the store and walked to the Durango.

t) On April 26, 2021, BROWN purchased a Taurus, 9mm pistol with cash.

u) On April 26, 2021, BROWN exited Woods & Water and walked over to the red HHR and gave the firearm to COLE.

v) On April 26, 2021, BROWN entered the Durango and left the store's parking lot.

w) On April 26, 2021, BROWN and COLE left Woods & Water in separate vehicles.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH FIVE: [18 U.S.C. § 922(a)(6)]

The Grand Jury charges:

1. That on or about the dates listed below, in Tuscaloosa County, within the Northern District of Alabama, the defendants,

**TRAVON DESHAWN BROWN and
JAVONTE DESHAWN COLE,**

while aided and abetted by each other, in connection with the acquisition and attempted acquisition of a firearm from a licensed dealer (FFL), made a false and fictitious written statement, intended or likely to deceive said licensed dealer, with respect to a fact material to the lawfulness of such sale of the firearm, stated on Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, representing that he

was the actual buyer of the firearm, when, in fact, as he well knew, he was not the actual buyer of the firearm.

2. The allegations contained in paragraph one, above, are hereby realleged and incorporated by reference for each of the following counts, as further specified by dealer's name and type of firearm, as though fully set forth herein.

| COUNT | DATE | LICENSED DEALER | FIREARM PURCHASED |
| --- | --- | --- | --- |
| 2 | 04/01/21 | Academy Sports | Glock .40 caliber pistol (BSMF583) |
| 3 | 04/22/2021 | Wade's Jewelry & Pawn | Glock, .40 caliber pistol (BTET590) |
| 4 | 04/22/2021 | Woods & Water, Inc. | Taurus 9mm pistol (ACB495117) |
| 5 | 04/26/2021 | Woods & Water, Inc. | Taurus 9mm pistol (ACB495216) |

All in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

_____
DARIUS C. GREENE
Assistant United States Attorney